UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: Reynier A Merconchine AND Saray I Bernal     Case # 23-12857-RAM

## TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION (legal issues: 341)

The Trustee reviewed this case for the meeting of creditors and found the following deficiencies from the Trustee's Notice of Required Documents, prior deficiencies, and legal issues and thus objects as follows:
Trustee reserves the right to raise additional objections until all requested documents are timely provided.

✓ **Objection to Exemption (specifics to be filed)** to be heard with confirmation at 1:30 pm not at 9:00 am — _validity of FL exemptions_
__ Fee application needed (see court guideline 6)
✓ Ch 7 is $ **14,481.75** may increase as documents not provided ☐ Tax refund ☐ Valuations ☐ Other
__ Good faith payment to unsecured creditors
__ Income understated per debtor's stubs $_____ taxes $_____ co-debtor stubs $_____ taxes $_____
✓ Proof of household size (government ID w/ address) and _income of all adults_ disclosed on Sch J and CMI
__ Spouse's pay advices ☐ Spouse's income not included on Schedule I or CMI
✓ Schedule J Expenses: ☑ Provide Proof line **7a-b, 15c, 6d** ☐ Objectionable Line
        ☐ Object to Schedule J expenses but debtor(s) are over median or 100% plan filed
__ Expenses: documentation/calculation: CMI Form B122C-1 line _____
__ CMI Form B122C-2 line _____

__ Plan does not pay debtor's calculation of disposable income CMI/DI _____ x 60 = $ _____
☐ Pending income/expenses issues ☐ Trustee believes D/I is understated (estimated D/I $_____
☐ Feasibility or ☐ plan payments reduce month _____ or ☐ balloon payment
__ Plan does not conform to Applicable Commitment Period < 36 months < 60 months
✓ Info on transfer SOFA **#18** undisclosed ☑ provide Tolling Agreement(s) — _Gilberto Velasco-?, Sandra Bernal-?2K_
Other: _How long have Debtor's lived in FL — per 341 Questions have not lived in FL more than 5 years_
_Source of $3,036 deposit into #5092 on 2/6/23_
_Who are Gilberto Velasco + Juana Menegia — transfer money into # 5092_
_When did Debtor borrow funds from Gilberto Velasco + what was done with the funds + how much has been repaid_
_What was Debtor renting in 2021 + 2022? (SOFA #5)_
_Amend CMI to reflect co-debtor income - per Sch. I working during CMI period_

☐ Reserve right to Recall                                                    ☐ Plan includes 100% Language
☐ Documents not provided at least 7 days prior to meeting of creditors for proper review
**On or before 5 pm on MAY 2 5 2023, all documents/explanations with documented back up must be received/filed to avoid dismissal.** If documents are not timely filed/received by the trustee, the trustee may seek dismissal of this case. ***IMPORTANT NOTICE:*** _The debtor or debtor's attorney must appear at the confirmation hearing even if they agree to the recommendation._ The debtor may still be dismissed for failure to fund the plan if they are delinquent in payments. ***Attorneys must upload all documents to Trustee through 13Documents.com.***

***THE PRO SE DEBTOR OR DEBTOR'S ATTORNEY MUST CONTACT THE TRUSTEE'S OFFICE AND SPEAK TO AN ATTORNEY BETWEEN 9 AM AND 2PM THE THURSDAY PRIOR TO THE CONFIRMATION HEARING TO RESOLVE ALL OUTSTANDING ISSUES.***
        I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.
Submitted by
NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE P.O. BOX 279806, MIRAMAR, FL 33027

RE: Reynier A. Merconchine & Saray L. Bernal               Case # 23-12857 RAM

## TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION (Pre 341)

The Trustee reviewed this case for the meeting of creditors and found the following deficiencies from the Trustee's letter requesting documents and thus objects as follows: Reviewed documents received prior to: 5/2/23

Tax returns:

Corporate Tax Returns:

Photo ID/SS card - Legible/Unredacted          LF 90          LF 67     LF 10

Plan does not fund properly

Attorney fee itemization or Fee Application needed (see court guideline 6)

✓ ~~2016 By; SOFA #16 and Plan do not match~~          ✓ ~~Missing Attorney's Declaration & 341 Written Ques.~~

Other provisions:    IVL          100%     Lawsuit     Gambling     MMM

Reaffirm, redeem or surrender     Sch D or     G creditor:

MMM Motion not filed     Valuation motion not filed          Lien Avoidance Motion not filed

Priority debt on Schedule E not in plan:

Creditor in Plan is not listed in Schedules or has not filed a POC:

Creditor paid through the Plan has not filed a POC:

✓ ~~Object or Conform to Proof of Claim:~~    Miami-Dade County     Tax Certificate (DE#     )     Dept of Revenue

IRS          ✓ ~~#1 US Dept of HUD:~~

OTHER PLAN ISSUES:

Real Estate FMV and Payoff:                              Non-Homestead Info Sheet:

Vehicles FMV (NADA/Carmax), Reg and Payoff:

✓ Other: Gun FMV

✓ Bank Account Statements    3 months pre-petition ~~#5692 (2/14-4/13/23)~~ #8956 (4/1-4/13) ~~#6758 (2/14-4/13/23)~~
#8328 (1/13-4/2/23)

Copy of check(s) and/or explanation:

X Explanation of withdrawal(s): Acct #5092 on 3/14 $1500, 3/29 $1000 & 4/4 $6500   2/7 $ 3,036 ; 1/2 $1900

401K/Retirement/Pension          Annuity          ✓ ~~Life Insurance Policy~~

Domestic Support Obligation form complete with info: name, address and phone

✓ ~~Wage deduction order or Motion to waive~~

BDQ & attachments                              Profit/Loss & Balance Sheet

Business Bank statements and checks     3 months pre-petition

✓ Affidavit of support          SOFA #27 details: When did business close? What happened to business assets?

Trustee reserves the right to raise additional objects until all requested documents are timely provided. This deficiency is limited to missing documents only. The Trustee will file a Notice of Deficiency with additional document requested and legal issues raised after the 341 - meeting of creditors. I hereby certify that a true and correct copy of the foregoing was  served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.

Submitted by NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE P.O. BOX 279806, MIRAMAR, FL 33027

*DOCUMENTS MUST BE RECEIVED OR FILED AND ISSUES ADDRESSED AT LEAST FOURTEEN DAYS PRIOR TO EACH CONFIRMATION HEARING TO AVOID DISMISSAL*