UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:   Reynier Merconchine                                    Case No.: 23-12857-RAM
         Saray Bernal                                           Chapter 13
                Debtor(s)                    /

## OBJECTION TO CLAIM

**IMPORTANT NOTICE TO CREDITOR:
THIS IS AN OBJECTION TO YOUR CLAIM**

      **This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.**

      **If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned [attorney][trustee] OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.**

      **If your entire claim is objected to and this is a chapter 11 case, you will <u>not</u> have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule
3018(a) temporarily allowing your claim for voting purposes.**

      **The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.**

☐    301 North Miami Avenue, Room 150, Miami, FL 33128

☐ Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, Debtor objects to the following claim(s) filed in this case:

| **Claim No.** | **Name of Claimant / Creditor** | **Amount of Claim** |
|---|---|---|
| 12 | NewRez LLC DBA Shellpoint Mortgage Servicing | $225,980.45 |

<u>Basis for Objection and Recommended Disposition</u>

On or about June 13, 2023, Creditor filed a secured proof of claim in the above-mentioned amount and an arrearage in the amount of $6,135.20 for the Debtors' mortgage on their homestead property account ending in xxxxxx2761. Said Creditor will be paid direct and outside the plan. Debtors request the claim be allowed as filed with no distribution from the Chapter 13 Trustee.

WHEREFORE the above-mentioned Debtor, respectfully requests that the Court grant the relief

sought herein.

*Notwithstanding the requirements of Bankruptcy Rule 3007, up to five objections to claim may be included in one pleading.  (See Local Rule 3007-1(C).)

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true copy of the foregoing was sent on November 11, 2023 electronically to Nancy K. Neidich, Trustee and mailed via U.S. First-Class Mail, unless otherwise noted, to:

Shellpoint Mortgage Servicing
Attn: Bankruptcy
Po Box 10826
Greenville, SC 29603

McCalla Raymer Leibert Pierce, LLC
c/o Toni Townsend, Auth Agent
1544 Old Alabama Road
Roswell GA 30076

NewRez LLC DBA Shellpoint Mortgage Servicing
Bankruptcy Department
PO Box 10826
Greenville, SC 29603-0826

NEWREZ LLC
c/o Mosness, Spencer, MGR
1100 Virginia Drive, Suite 125
Fort Washington, PA 19034

NEWREZ LLC
c/o Shellpoint Partners LLC
880 Third Avenue, 12th Floor
New York, NY 10022

CORPORATION SERVICE COMPANY
c/o NEWREZ LLC
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525

## **CERTIFICATE OF ADMISSION**

**I HEREBY CERTIFY** that I am a member of the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Respectfully submitted:
noviembre 11, 2023

**Jose A. Blanco, P.A.**
By: */s/ Jose A. Blanco* | FBN: 062449
Attorney for Debtor(s)
102 E 49th ST
Hialeah, FL 33013,
Tel. (305) 349-3463
E-mail: jose@blancopa.com

The party filing this objection to claim must file a certificate of service in accordance with Local Rule 2002-1(F).